# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                                                                                                **No. 21-cv-0296 JB/SMV**

**18 PIECES OF MISCELLANEOUS**
**ABORIGINAL ARTWORK,**

    Defendants,

**and**

**CLAIRE SHAEFFER, EARLY**
**STREET, LLC, and**
**TOM COLRAIN,**

    Claimants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:        June 22, 2022, at 3:30 p.m. MDT

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **June 22, 2022, at 3:30 p.m. MDT**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel and parties are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

**IT IS SO ORDERED.**

                                                                _____
                                                                **STEPHAN M. VIDMAR**
                                                               **United States Magistrate Judge**